Charles Bendler, appellant, v. Morris Esrig et al., trading as Chicago Distilling Company, defendants. Louis Kaplan, appellee. Gen. No. 32,763.

Opinion filed November 19, 1928.
Kessler & Marine, for appellant. Morris K. Levinson, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.